UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Luis E. Luzardo__    JOINT DEBTOR: _____ CASE NO.: 16-21900-RAM
Last Four Digits of SS# ___1186___    Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $__674.99__ for months __1__ to __60__ ;
B.  $_____ for months _____ to _____ ;
C.  $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:    Attorney's Fee -$ 10,000.00 +150.00 Costs = $10,150.00   TOTAL PAID $ 2,000.00
                   Balance Due - $ 8,150.00  payable $ 582.15 /month (Months __1__ to __14__)

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date    $_____
Address: _____    Arrears Payment    $_____/month  (Months ___ to ___)
         _____    Regular Payment    $_____/month  (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | __1__ To __60__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
                         Payable  $_____/month  (Months _____ to _____)

Unsecured Creditors:    Pay $ 25.34 month (Months 1 to 14 ), $ 607.49 month (Months 15 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wells Fargo Home Mtg (Mtg), Emerald Lakes Townhomes Assoc. (HOA) and Freedom Road Financial (2015 Ducati) are being paid outside the Chapter 13 Plan. Mercedes-Benz (2016 Mercedes) and Lincoln Financial (2016 Lincoln) leases are to be assumed. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors. The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

____/s/_____
Debtor
Date: ___08/29/2016___

LF-31 (rev. 01/08/10)